# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURI PAYALA, an individual; on behalf of themselves and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WIPRO TECHNOLOGIES, INC.; WIPRO, LTD; and WIPRO INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:15-cv-04063-JAK-JPR<br>HON. JOHN A. KRONSTADT<br>CRTRM 760<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**JS-6**<br><br>*Complaint Filed:   March 30, 2015* |

1  In accordance with the terms of the Stipulation for Voluntary Dismissal filed by
2  the parties, by and through their attorneys of record, and good cause appearing
3  therefor, the Court hereby orders that in exchange for a waiver of costs, that the above-
4  captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules
5  of Civil Procedure, Rule 41(a)(1).

**IT IS SO ORDERED.**

DATED:  February 24, 2017    _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE