1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   SURI PAYALA, an individual; on behalf      Case No.  2:15-cv-04063-JAK-JPR
     of themselves and all other similarly
12   situated                                   Hon. John A. Kronstadt
                                                        Crtrm 760
13              Plaintiff,

14        v.                                    **ORDER GRANTING
                                                STIPULATION TO DISMISS CASE**
15   WIPRO TECHNOLOGIES, INC.;                  **WITH PREJUDICE**
     WIPRO, LTD; and WIPRO INC.; and
16   DOES 1 through 50, inclusive,              <mark>JS-6</mark>

17              Defendants.                     *Complaint Filed:   March 30, 2015*

18
19
20
21
22
23
24
25
26
27
28

In accordance with the terms of the Stipulation for Voluntary Dismissal filed by the parties, by and through their attorneys of record, and good cause appearing therefor, the Court hereby orders that in exchange for a waiver of costs, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

**IT IS SO ORDERED.**

DATED:  February 24, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING DISMISSAL

37539543v.1